IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gancarczyk, Craig R | Case Number: 07 B 10778 |
| Gancarczyk, Robin J | Judge: Squires, John H |
| Printed: 9/3/08 | Filed: 6/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: July 9, 2008
Confirmed: September 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,836.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,663.57 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 99.69 |
| Other Funds: | | 72.74 |
| Totals: | 1,836.00 | 1,836.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wachovia Mortgage | Secured | 0.00 | 0.00 |
| 2. | Charter One Bank | Secured | 0.00 | 0.00 |
| 3. | American Express Centurion | Unsecured | 4,351.75 | 838.59 |
| 4. | Leyden Credit Union | Unsecured | 252.77 | 43.24 |
| 5. | Leyden Credit Union | Unsecured | 349.26 | 52.51 |
| 6. | ECast Settlement Corp | Unsecured | 61.16 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 154.92 | 16.64 |
| 8. | Elmhurst Memorial Hospital | Unsecured | 81.48 | 15.70 |
| 9. | B-Real LLC | Unsecured | 1,431.52 | 275.87 |
| 10. | Premier Bankcard | Unsecured | 16.84 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 229.95 | 44.37 |
| 12. | ECast Settlement Corp | Unsecured | 37.98 | 0.00 |
| 13. | Leyden Credit Union | Unsecured | 1,954.50 | 376.65 |
| 14. | ECast Settlement Corp | Unsecured | 62.80 | 0.00 |
| 15. | Plaza Bank | Secured | | No Claim Filed |
| 16. | Chicago Neuropathology Services | Unsecured | | No Claim Filed |
| 17. | Neurological & Spinal Surgery | Unsecured | | No Claim Filed |
| 18. | Chicago Neuropathology Services | Unsecured | | No Claim Filed |
| 19. | CitiFinancial | Unsecured | | No Claim Filed |
| 20. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 21. | Elmhurst Clinic | Unsecured | | No Claim Filed |
| 22. | Chicago Lake Shore Medical | Unsecured | | No Claim Filed |
| 23. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 24. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| 25. | Wickes Furniture | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gancarczyk, Craig R
Gancarczyk, Robin J
Printed: 9/3/08

Case Number: 07 B 10778
Judge: Squires, John H
Filed: 6/15/07

| | | | | |
|---|---|---|---|---|
| 26. Neuro Associatates | | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,984.93 | $ 1,663.57 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 73.32 |
| 6.5% | 26.37 |
| | _____ |
| | $ 99.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_